NUMBER
13-06-177-CV

 

                         COURT OF APPEALS

 

               THIRTEENTH DISTRICT OF TEXAS

 

                  CORPUS CHRISTI - EDINBURG 

________________________________________________________

 

 

IN THE ESTATE OF GEOFFREY OWEN MCALLEN

_______________________________________________________

 

    On appeal from the Probate
Court of Hidalgo County, Texas.

_______________________________________________________

 

                     MEMORANDUM OPINION

 

    Before Chief
Justice Valdez and Justices Hinojosa and Garza

Memorandum
Opinion Per Curiam

 

Appellants, ROBERT MCALLEN, AS INDEPENDENT EXECUTOR OF THE ESTATE OF GEOFFREY OWEN
MCALLEN, ET AL., perfected an appeal from a judgment entered by the Probate Court of Hidalgo County, Texas, in cause
number P-29,854.  After
the record was filed, appellants filed a joint unopposed motion to dismiss the
appeal.  In the motion, appellants
state  that this case has been resolved
and appellants no longer wish to prosecute this appeal.  Appellants request that this Court dismiss
the appeal.








The Court, having
considered the documents on file and appellants= joint unopposed motion to dismiss the appeal, is
of the opinion that the motion should be granted.  Appellants= joint unopposed motion to dismiss is granted,
and the appeal is hereby DISMISSED.

PER CURIAM

Memorandum Opinion delivered and 

filed this the 20th day of July, 2006.